IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN GARDNER, et al.                                                                               PLAINTIFF

v.                                              1:05CV00088-WRW

U.S. ARMY CORPS OF ENGINEERS; COLONEL
WALLY WALTERS, DISTRICT ENGINEER,
LITTLE ROCK DISTRICT, U.S. ARMY CORPS
OF ENGINEERS; THOMAS S. PARK, OPERATIONS
MANAGER, GREERS FERRY PROJECT OFFICE; and
JOSEPH T. BENTON, III.                                                                         DEFENDANTS

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' claims against the Corps, Colonel Wally Walters, and Thomas S. Park are DISMISSED WITH PREJUDICE. Plaintiffs' claim against Joseph T. Benton III is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

IT IS SO ADJUDGED this 3rd day of January, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE